**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AJ RUIZ CONSULTORIA EMPRESARIAL
S.A.,

                    Plaintiff,

-against-                           22 **CIVIL** 521 (LGS)

                                                   **JUDGMENT**

BANCO BILBAO VIZCAYA ARGENTARIA,
S.A., et al.,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 3, 2022, Plaintiff's motion to withdraw the bankruptcy reference is DENIED without prejudice to any renewed motion to withdraw when the case is trial ready.

**Dated:**  New York, New York

       June 10, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                              **BY:**    *K. Mango*
                                                               **Deputy Clerk**